IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

RAMONA MAHON and
TIMOTHY MAHON, her husband,

    Plaintiffs,

v.

                                Civil Action No. 2:20-cv-00399

SAM'S EAST, INC.,

    Defendant.

## FINAL DISMISSAL ORDER

On this date came the parties hereto, by the undersigned counsel, and represented to the Court, by their signatures herein, that all claims and controversies asserted in the above-styled action, have been resolved, and that the parties hereto, therefore jointly move that the above-styled action be dismissed, with prejudice, and each party to bear their own expenses and costs.

WHEREFORE, for good cause shown, and there being no objection thereto, this Court does hereby ORDER that the above-styled action shall be and hereby is DISMISSED WITH PREJUDICE as to all parties and all claims asserted.

The Court further ORDERS that the Clerk of the United States District Court for the Southern District of West Virginia shall provide a copy of this entered Order by filing and service through the Court's CM/ECF electronic filing system.

ENTER: this \_\_\_11th\_\_\_ day of \_\_December\_\_ 2020.

                                                    JOHN T. COPENHAVER, JR.
                                                  UNITED STATES DISTRICT JUDGE